KERSTIN SWENSSON, Appellant, *v.* NEW YORK, ALBANY DESPATCH COMPANY, INC., Defendant, and WARD LA FRANCE TRUCK CORP., Respondent. YOLANDA TRIMBOLI, as Administratrix of the Estate of ANTHONY J. TRIMBOLI, Deceased, Appellant, *v.* WARD LA FRANCE TRUCK CORP., Respondent.

Submitted July 8, 1955; decided July 8, 1955.

*Isadore B. Hurwitz* and *Solomon Z. Ferziger* for motions.
*John V. Downey* opposed.

Motion by appellant Swensson to have appeal heard upon the record before the Appellate Division together with typewritten copies of the additional papers granted.

Motion by appellant Trimboli for leave to prosecute appeal as a poor person and for assignment of counsel granted and Solomon Z. Ferziger, Esq., of 32 Court St., Brooklyn, N. Y., assigned as counsel to appellant Trimboli.